IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD C. WILSON | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | NO. 04-5396 |

### ORDER

**NOW**, this 22nd day of February, 2012, upon consideration of the Motion of Defendant, R. Seth Williams, to Dismiss Plaintiff's Third Amended Complaint, Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. 96) and Plaintiff's Response thereto, for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that:

      1. Defendant's Motion to Dismiss (Doc. 96) is **GRANTED IN PART** and **DENIED IN PART**;

      2. Insofar as Defendant's Motion requests that any and all state law claims against Defendant Williams be dismissed, Defendant's Motion is **GRANTED**;

      3. Insofar as Defendant's Motion requests that Plaintiff's claims against Mr. Williams be dismissed as time-barred and for lack of Mr. Williams' personal involvement, Defendant's Motion is **DENIED**.

BY THE COURT:

_L. F. Restrepo_
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE