IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD C. WILSON | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants. | : | NO. 04-5396 |

# ORDER

**AND NOW**, this 8th day of May, 2013, having considered the Motion for Judgement on the Pleadings filed by Defendant R. Seth Williams, the District Attorney of Philadelphia (Doc. #121), Plaintiff's response thereto (Doc. #123), Defendant's Reply (Doc. #125), and the arguments of counsel to the court, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Judgement on the Pleadings is **DENIED.**

**IT IS FURTHER ORDERED** that the remaining claims against the individual District Attorney Defendants ("DA Defendants") concerning the DA Defendants' alleged actions during the investigation phase are dismissed with prejudice per Plaintiff's concession at oral argument. See Transcript of Motion Hearing 3/22/13, at 13-14 (Doc. # 135).

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE