IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAROLD C. WILSON,

       *Plaintiff*,

v.

CITY OF PHILADELPHIA, et al.,

       *Defendants*.

CIVIL ACTION
NO. 04-05396

## ORDER

**AND NOW**, this 8th day of April, 2016, upon consideration of Defendants' Motions for Summary Judgment (ECF Nos. 211, 213), Harold C. Wilson's ("Wilson") Responses (ECF Nos. 218, 224) and Defendants' Replies (ECF Nos. 230, 234), it is hereby **ORDERED** that:

1. The City of Philadelphia's ("the City") motion is **GRANTED**. Judgment is entered in favor the City and against Wilson on: (1) Wilson's *Brady* claims against all former police officers; (2) Wilson's *Monell* claim against the City; (3) Wilson's federal and state law malicious prosecution claims against all former police officers; and (4) Wilson's intentional infliction of emotional distress claims against all former police officers.

2. The Philadelphia District Attorney's Office's ("DAO") motion is **DENIED** to the extent it seeks judgment on the part of Wilson's *Monell* claim alleging a "custom" of discrimination in jury selection.

                                                                       BY THE COURT:

                                                                       */s/ Gerald J. Pappert*
                                                                       GERALD J. PAPPERT, J.