IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HAROLD C. WILSON,**<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>**CITY OF PHILADELPHIA, et al.,**<br><br>　　　　*Defendants*. | **CIVIL ACTION**<br>**NO. 04-05396** |

# ORDER

**AND NOW**, this 8th day of April, 2016, upon consideration of Harold C. Wilson's ("Wilson") Motion for Summary Judgment seeking to apply collateral estoppel to bar relitigation of his equal protection claim (ECF No. 212), the Philadelphia District Attorney's Office's ("DAO") Response (ECF No. 222) and Wilson's Reply (ECF No. 231), it is hereby **ORDERED** that the motion is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.