IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD C. WILSON, | : | CIVIL ACTION |
| vs. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 04-05396 |

**O R D E R**

        **AND NOW, TO WIT:** This 31st day of May, 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

        **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

        **MICHAEL E. KUNZ**, Clerk of Court

        **BY:** */s/ Katie Furphy*
           Katie Furphy
           Civil Deputy Clerk

Copies Emailed on 5/31/16 to:
  Cindy Tsai, Esq.
  Gayle Horn, Esq.
  Jon Loevy, Esq.
  Mark Loevy-Reyes, Esq.
  Richard F. Ostriak, Esq.
  Alan L. Yatvin, Esq.
  Matthew Toll, Esq.
  Scott R. Rauscher, Esq.
  Mark Maguire, Esq.
  Elizabeth J. Rubin, Esq.
  Brad P. Bender, Esq.
  Bryan C. Hughes, Esq.
  Douglas Weck, Esq.
  Michael Robert Scalera, Esq.
  Peter Carr, Esq.
  Priya M. Travassos, Esq.
  Ronald Eisenberg, Esq.

Copies Mailed on 5/31/16 to:
  Pamela E. Cole, Esq.
  Karen B. Jordan, Esq.
  Suzanne Reilly, Esq.
  Elliot Slosar, Esq.

Civ 2 (7/83)
41.1(b)